Charles Vivian and Martha Vivian, as Copartners, under the Firm Name of Charles Vivian & Company, Appellants, v. Henry Steers, Jr., Respondent.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Kate Volgas, as Administratrix, etc., of John Volgas, Deceased, Respondent, v. Rockland Light, Heat and Power Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the wire had not been in its position for a sufficient time to give actual or constructive notice of its presence, and the defendant had no actual notice thereof. Woodward, Burr, Thomas and Rich, JJ., concurred; Hirschberg, P. J., dissented.

In the Matter of the Judicial Settlement of the Account of Frank E. O'Reilly, as Executor and Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased, etc.— Motion for leave to appeal to the Court of Appeals denied. Present— Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Judicial Settlement of the Account of Frank E. O'Reilly, as Executor and Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased, etc.— Motion for leave to appeal to the Court of Appeals denied. Present— Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Judicial Settlement of the Account of Frank E. O'Reilly, as Executor and Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased, etc.— Motion for leave to appeal to the Court of Appeals denied. Present— Woodward, Jenks, Thomas, Rich and Carr, JJ.

Henry W. Robins, Respondent, v. Ernest C. Bertram, Appellant.— Motion for reargument denied, with costs, and stay vacated. Present— Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ.

Swift & Company, Appellant, v. New York and Queens County Railway Company, Respondent.— Motion for reargument denied, with costs. Present— Woodward, Jenks, Thomas, Rich and Carr, JJ.

Elizabeth L. Keville, Respondent, v. Peter E. Keville, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Adeline Thomas, an Infant, by Oscar B. Thomas, Her Guardian ad Litem, Appellant, v. Franklyn Quinby, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

---

## FIRST DEPARTMENT, JANUARY, 1910.

REGINALD G. BARCLAY, Respondent, v. ALEXANDER BARRIE, Appellant.

Appeal from an order entered on the 10th day of December, 1909, denying a motion for judgment on the pleadings under section 547 of the Code of Civil Procedure.

PER CURIAM: The order should be affirmed, with ten dollars costs and disbursements. All concurred; Laughlin, J., basing his vote solely on the ground